# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 09, 2021

Mr. Don William Blevins III
Blevins Sanborn Jezdimir Zack
1260 Library Street
Suite 300
Detroit, MI 48326

Mr. William Stewart Cook
Wilson Elser
17197 N. Laurel Park Drive
Suite 201
Livonia, MI 48152

          Re:  Case No. 21-2747, *Ric-Man Construction, Inc. v. Pioneer Special Risk Ins Serv*
               Originating Case No. : 2:19-cv-13374

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                                Sincerely yours,

                                s/Connie A. Weiskittel
                                Mediation Administrator

cc:  Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 21-2747

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

RIC-MAN CONSTRUCTION, INC.

    Plaintiff - Appellant

v.

PIONEER SPECIAL RISK INSURANCE SERVICES, INC., aka Pioneer Underwriters

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: November 09, 2021